UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANE KELLY WHITTENBERG,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JOSE TOVAR AYALA, et al.,<br><br>　　　　　Defendants. | Case No. 1:22-cv-00197-JLT-EPG (PC)<br><br>ORDER APPROVING STIPULATION TO CONTINUE THE SCHEDULING CONFERENCE AND RELATED DEADLINES<br><br>(ECF No. 10) |

Pursuant to the stipulation of the parties (ECF No. 10), and finding good causes exists, the Court will modify the Order Setting Mandatory Scheduling Conference (ECF No. 2) as follows:

| Event | Deadline/Date |
|---|---|
| Scheduling Conference | July 19, 2022, at 10:30 a.m. |
| Joint Report | July 12, 2022 |
| Last Day to Name DOE Defendant | July 8, 2022 |
| Last Day to Conduct Rule 26 Conference | June 29, 2022 |

\\\
\\\
\\\
\\\

- 1 -

1  All other terms and conditions of the Order Setting Mandatory Scheduling Conference
2  remain in full force and effect.
3
4  IT IS SO ORDERED.
5  Dated:  **May 13, 2022**                            /s/ Erica P. Grosjean
6                                                              UNITED STATES MAGISTRATE JUDGE