UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| LANE KELLY WHITTENBERG, | Case No. 1:22-cv-00197-JLT-EPG (PC) |
|---|---|
| Plaintiff, | ORDER APPROVING STIPULATION SUBSTITUTING PARTY AND SETTING DEADLINE TO CORRECT NAME OF DEFENDANT SUED AS DOE 1 |
| v. | |
| JOSE TOVAR AYALA, et al., | (ECF No. 15) |
| Defendants. | |

Pursuant to the stipulation of the parties (ECF No. 15), and finding good causes exists, IT IS ORDERED that:

1. "Matthew Whyte" is substituted as a defendant in this case in place of the "DOE 1" defendant, as initially named in the complaint in this matter; and
2. Plaintiff has until November 7, 2022, to substitute another defendant for Matthew Whyte, or to otherwise correctly identify the defendant initially sued as DOE 1, by stipulation and without the need to file a motion, should Plaintiff in that time determine that Matthew Whyte is not DOE 1.

IT IS SO ORDERED.

Dated: **July 12, 2022**           /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE