UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| LANE KELLY WHITTENBERG,<br><br>                Plaintiff,<br><br>v.<br><br>JOSE TOVAR AYALA, et al.,<br><br>                Defendants. | Case No. 1:22-cv-00197-JLT-EPG (PC)<br><br>ORDER APPROVING SECOND STIPULATION TO CORRECT NAME OF DEFENDANT SUED AS DOE 1<br><br>(ECF No. 23) |
|---|---|

Pursuant to the stipulation of the parties (ECF No. 23), and finding good causes exists, IT IS ORDERED that Plaintiff has until February 28, 2023, to substitute another defendant for Matthew Whyte, or to otherwise correctly identify the defendant initially sued as DOE 1, by stipulation and without the need to file a motion, should Plaintiff in that time determine that Matthew Whyte is not DOE 1.

IT IS SO ORDERED.

    Dated:   **November 2, 2022**                   /s/ Erica P. Grosjean
                                                                            UNITED STATES MAGISTRATE JUDGE