UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANE KELLY WHITTENBERG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSE TOVAR AYALA, et al.,<br><br>　　　　Defendants. | Case No. 1:22-cv-00197-JLT-EPG (PC)<br><br>ORDER GIVING THE WARDEN OF UNITED STATES PENITENTIARY VICTORVILLE AN OPPORTUNITY TO RESPOND TO THE PARTIES' REQUEST FOR AN ORDER RE: CONFIDENTIAL COMMUNICATIONS BETWEEN WHITTENBERG AND HIS COUNSEL OF RECORD (ECF NO. 31)<br><br>ORDER DIRECTING CLERK TO SERVE A COPY OF THIS ORDER AND THE STIPULATION (ECF NO. 31) ON THE WARDEN OF UNITED STATES PENIDENTIARY VICTORVILLE AND THE UNIT MANAGER FOR UNITED STATES PENITENTIARY VICTORVILLE |

　　　　On March 14, 2023, the parties filed a joint stipulation for an order re: confidential communications between Whittenberg ("Plaintiff") and his counsel of record.  (ECF No. 31). Among other things, the parties request that this Court order United States Penitentiary Victorville to allow for certain confidential communications between Plaintiff and his counsel related to an ongoing civil case pending in this Court.

　　　　As the parties are requesting an expedited order directed to staff at United States Penitentiary, Victorville, the Court will allow the Warden of United States Penitentiary Victorville to file a response to their request no later than March 24, 2023, if the Warden so chooses.

Accordingly, IT IS ORDERED that:

1. No later than March 24, 2023, the Warden of United States Penitentiary Victorville may file a response to the stipulation and request for Court order (ECF No. 31).
2. The Clerk of Court is directed to serve the Warden of United States Penitentiary Victorville with a copy of this order and the stipulation and request for order (ECF No. 31) at 13777 Air Expressway Blvd., Victorville, CA 92394.
3. The Clerk of Court is directed to serve the Mr. Wilson, Unit Manager for United States Penitentiary Victorville, with a copy of this order and the stipulation and request for order (ECF No. 31) at 13777 Air Expressway Blvd., Victorville, CA 92394
4. The Clerk of Court is directed to send a copy of this order and the stipulation (ECF No. 31) to the following email addresses: 1) VIM-ExecAssistant-S@bop.gov; and 2) s4wilson@bop.gov.

IT IS SO ORDERED.

Dated:  **March 16, 2023**            /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE