UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANE KELLY WHITTENBERG,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOSE TOVAR AYALA, et al.,<br><br>　　　　Defendants. | Case No. 1:22-cv-00197-JLT-EPG (PC)<br><br>ORDER APPROVING STIPULATION FOR AN ORDER VACATING THE COURT'S MARCH 16, 2023 ORDER AS MOOT<br><br>ORDER VACATING MARCH 16, 2023 ORDER AS MOOT<br><br>ORDER DENYING STIPULATION FOR AN ORDER RE: CONFIDENTIAL COMMUNICATIONS BETWEEN WHITTENBERG AND HIS COUNSEL OF RECORD AS MOOT<br><br>(ECF Nos. 31, 32, 33, & 34)<br><br>ORDER DIRECTING CLERK TO SERVE A COPY OF THIS ORDER ON THE WARDEN OF UNITED STATES PENIDENTIARY VICTORVILLE, THE UNIT MANAGER FOR UNITED STATES PENITENTIARY VICTORVILLE, AND ASSISTANT UNITED STATES ATTORNEY BRENDON L. S. HANSEN |

On March 14, 2023, the parties filed a joint stipulation for an order re: confidential communications between Whittenberg ("Plaintiff") and his counsel of record. (ECF No. 31). Among other things, the parties requested that this Court order United States Penitentiary Victorville to allow for certain confidential communications between Plaintiff and his counsel related to an ongoing civil case pending in this Court. On March 16, 2023, the Court allowed the

- 1 -

1  Warden of United States Penitentiary Victorville to file a response to this request.  (ECF No. 32).

2  On March 22, 2023, the parties filed a joint stipulation for an order vacating the Court's

3  March 16, 2023 order.  (ECF No. 34).[1]  According to the stipulation, the parties were informed

4  that Plaintiff is no longer housed at United States Penitentiary Victorville.  (Id. at 3).

5  Having reviewed the March 22, 2023 stipulation, the Court hereby finds GOOD CAUSE

6  to order as follows:

1. The joint stipulation for an order re: confidential communications between Plaintiff and his counsel of record (ECF No. 31) is DENIED as moot;

2. The Court's March 16, 2023 Order, giving the Warden of United States Penitentiary Victorville until March 24, 2023, to respond to the parties' March 14, 2023, stipulation, is vacated as moot based on the fact that Plaintiff is no longer housed at United States Penitentiary Victorville;

3. The parties are to submit a new stipulation and proposed order requesting "leave" to depose Plaintiff;

4. The parties are to contact the Court with any additional requests for relief related to Plaintiff's relocation by separate stipulation should they become necessary;

5. The Clerk of Court is directed to serve the Warden of United States Penitentiary Victorville with a copy of this order at USP VICTORVILLE, U.S. PENITENTIARY, P.O. BOX 5400, ADELANTO, CA 92301;

6. The Clerk of Court is directed to serve the Mr. Wilson, Unit Manager for United States Penitentiary Victorville, with a copy of this order at USP VICTORVILLE, U.S. PENITENTIARY, P.O. BOX 5400, ADELANTO, CA 92301;

7. The Clerk of Court is directed to serve Assistant United States Attorney Brendon L. S. Hansen with a copy of this order; and

\\\

\\\

---

[1] The parties filed an identical stipulation on the same day that did not have Exhibit A attached.  (ECF No. 33).

8. The Clerk of Court is directed to send a copy of this to the following email addresses: 1) VIM-ExecAssistant-S@bop.gov; and 2) s4wilson@bop.gov.

IT IS SO ORDERED.

Dated: **March 23, 2023**         /s/ Erica P. Grosjean
                                  UNITED STATES MAGISTRATE JUDGE