1  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
2  Mart B. Oller IV, #149186
     *mart.oller@mccormickbarstow.com*
3  Daniel L. Wainwright, #193486
     *daniel.wainwright@mccormickbarstow.com*
4  7647 North Fresno Street
   Fresno, California 93720
5  Telephone:   (559) 433-1300
   Facsimile:   (559) 433-2300
6
   Attorneys for Defendants,
7  JOSE TOVAR AYALA; PHILIP BLACKMAN;
   and, MATTHEW WHYTE
8

9  Raquel M. Busani, #23162
     *raquel@erisalg.com*
10 Robert J. Rosati, #112006
     *robert@erisalg.com*
11 6485 N. Palm Avenue, Suite 105
   Fresno, California 93704
12 Telephone: 559-478-4119
   Telefax:    559-478-5939
13
   Attorneys for Plaintiff,
14 LANE KELLY WHITTENBERG

15

16                    UNITED STATES DISTRICT COURT

17                EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

18

| | |
|---|---|
| 19  LANE KELLY WHITTENBERG, | Case No. 1:22-CV-00197-JLT-EPG |
| 20         Plaintiff, | **REVISED/UPDATED STIPULATION OF THE PARTIES REGARDING THE DEPOSITION OF PLAINTIFF; ORDER OF THE COURT** |
| 21     v. | |
| 22  JOSE TOVAR AYALA; PHILIP BLACKMAN; and, MATTHEW WHYTE, in | |
| 23  their individual capacities, and DOE 1, | |
| 24         Defendants. | |

25

26      Plaintiff, LANE KELLY WHITTENBERG ("WHITTENBERG") and Defendants, JOSE

27 TOVAR AYALA, PHILLIP BLACKMAN, and MATTHEW WHYTE, (jointly "Defendants") by

28 and through their respective counsel, hereby jointly Stipulate and Agree to the following:

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

REVISED/UPDATED STIPULATION OF THE PARTIES REGARDING
THE DEPOSITION OF PLAINTIFF; ORDER OF THE COURT

1. On February 17, 2023, this Court issued an Order (Doc. #30) providing "leave" for counsel for Defendants to take the "in person" deposition of Plaintiff who was, at the time of the Order, incarcerated at USP Victorville located in Adelanto, California.

2. Upon receipt of the Order, arrangements were made with the prison for Plaintiff to be deposed on April 14, 2023.

3. On March 14, 2023, the parties by stipulation sought an order from the Court relating to confidential attorney-client communications between Plaintiff and his counsel. (See, Doc. #31).

4. On March 16, 2023, the Court issued an Order (Doc. 32) giving the Warden of USP Victorville an opportunity to respond to the parties' Stipulation (Doc. #31) by March 24, 2023.

5. On March 20, 2023, counsel for the parties were contacted by Brendon L. S. Hansen, Assistant U.S. Attorney, and were advised and informed that Plaintiff was no longer being housed at USP Victorville and would be housed in a different location for approximately nine months.

6. The parties advised the Court of the change in circumstances associated with the deposition of Plaintiff by way of their March 22, 2023 Stipulation (see Doc. #34).

7. The Court issued an Order (Doc. #35) on March 23, 2023, in part finding good cause to deny the parties' March 14, 2023, Stipulation (Doc. #31) and the Court's corresponding March 16, 2023, Order (Doc. #32) as moot based on the change in circumstances and requiring the parties to submit a new stipulation and proposed order requesting "leave" to depose Plaintiff.

8. The parties have since been advised that Plaintiff is currently incarcerated and confined at **USP Florence High** located in Fremont County near Florence, Colorado.

9. As part of this current civil litigation, Plaintiff has asserted various claims, allegations and seeks the recovery of monetary damages against each of the three named Defendants.

10. As such, Defendants are entitled to take the deposition of Plaintiff in order to question him regarding the facts and circumstances of the alleged events, his alleged damages, and other aspects of this litigation.

11. Due to Plaintiff's incarceration, an Order from this Court, pursuant to FRCP, Rule 30(a)(2)(B), is required in order to complete the oral deposition of Plaintiff.

12. The parties to this Stipulation have "met and conferred" on this issue.

13. The parties request for "leave" of Court to take the deposition of Plaintiff as further discussed by the parties and the Court during the February 1, 2023 Mid-Discovery Status Conference at which time the Court indicated it would entertain a Stipulation from the parties requesting "leave" to take the deposition of Plaintiff and as was previously Ordered (see, Doc. #30) by the Court.

14. The parties agree that "good cause" exists for the deposition of Plaintiff in this civil action.

15. The parties agree that the deposition will be set on a date and time that is agreeable to all counsel and the respective prison.

16. The parties agree and request that personnel from USP Florence High communicate directly with counsel Plaintiff regarding the logistics, arrangements, and procedural requirements necessary for the civil deposition of Plaintiff.

17. The parties agree that, to the extent permitted by USP Florence High, a reasonable amount of time should be extended to Plaintiff's counsel for a pre-deposition meeting; and, therefore, communications between USP Florence High and Plaintiff's counsel should take place to coordinate these pre-deposition confidential attorney-client communications.

18. Defendants request that Plaintiff be made available for an "in-person" deposition in accordance with the rules, regulations and requirements of the penitentiary, and that Defendants' attorney(s), the Videographer and the Court Reporter (and their approved gear/equipment) to all be in the same room as Plaintiff to complete this deposition. However, Defendants are willing to have the Videographer and/or Court Reporter appear remotely, via videoconferencing, should such accommodations be possible. But, in order to most effectively be able to depose Plaintiff, counsel for Defendants requests that he or she be permitted to conduct the deposition "in person" in that both defense counsel and Plaintiff would be in the same room.

19. Counsel for Plaintiff requests that she be permitted to defend the deposition remotely, via video conference, presuming that such an accommodation is technologically possible and in accordance with the rules, regulations and requirements of the penitentiary.

20. The parties also request that a separate laptop or computer with a monitor be made available for the deposition of Plaintiff to allow counsel for Defendants to display to Plaintiff video

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

3

REVISED/UPDATED STIPULATION OF THE PARTIES REGARDING
THE DEPOSITION OF PLAINTIFF; ORDER OF THE COURT

1 footage of the March 3, 2021, which forms the basis of this civil litigation.

2      21.    The parties further agree, if permitted by the prison, that either video conferencing or telephonic conferencing be permitted to allow the named Defendants to "appear" at requested Plaintiff's "in person" deposition, remotely, via these means. The parties however stipulate that Defendants will only be allowed to listen in on the deposition, will not participate or otherwise speak during the deposition, and that if their "appearance" is by video conference, their video-camera will be off during the deposition. Defendants however will be permitted to speak to their attorney of record and use their cameras during breaks.

     22.    The parties agree that, should the above-referenced prison <u>not</u> allow for an "in person" deposition, then Plaintiff be permitted, assuming the availability of computer or tablet for Plaintiff's use, to participate in a remote deposition. Under these events, Plaintiff's deposition would be in accordance with the previously executed "Joint Stipulation Concerning Agreed Upon Protocol for Conducting Remote Depositions."

Dated: March 29, 2023

                                  McCORMICK, BARSTOW, SHEPPARD,
                                       WAYTE & CARRUTH LLP

                            By:      */s/ Daniel L. Wainwright*
                                        Mart B. Oller IV
                                       Daniel L. Wainwright
                                       Attorneys for Defendants
                       JOSE TOVAR AYALA; PHILIP BLACKMAN; and,
                                     MATTHEW WHYTE

Dated: March 29, 2023

                            By:      */s/ Raquel M. Busani*
                                         Robert J. Rosati, Esq.
                                       Raquel M. Busani, Esq.
                                       Attorneys for Plaintiff,
                                   LANE KELLY WHITTENBERG

029253-000239 9013828.1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

4

REVISED/UPDATED STIPULATION OF THE PARTIES REGARDING
THE DEPOSITION OF PLAINTIFF; ORDER OF THE COURT

### ORDER OF THE COURT GRANTING LEAVE TO DEPOSE PLAINTIFF & PRE-DEPOSITIONS COMMUNICATIONS BETWEEN PLAINTIFF AND HIS ATTORNEY

The Court having considered the parties Stipulation and good cause appearing, the Court hereby ORDERS that:

1.  Defendants, JOSE TOVAR AYALA; PHILIP BLACKMAN; and, MATTHEW WHYTE, have this Court's leave to take the oral deposition of Plaintiff (and Inmate), LANE KELLY WHITTENBERG, pursuant to Rule 30 of the Federal Rules of Civil Procedure and the terms of the parties' stipulation;

2.  Prior thereto, counsel shall give notice of this Order to USP Florence High, U.S. Penitentiary, located near Florence, Colorado, and shall coordinate with them so that the taking of the deposition of Inmate LANE KELLY WHITTENBERG shall be set and noticed for a time and place that it is agreeable to the parties but that will also minimize disruption to the orderly operations of the prison;

3.  Personnel from USP Florence High will communicate directly with personnel from Plaintiff's counsel's office, i.e., ERISA Law Center, regarding the scheduling, rules, regulations, requirements, etc. associated with Plaintiff's civil deposition;

4.  Plaintiff's counsel shall be allowed to have reasonable private, confidential and unrecorded communications with Plaintiff, as permitted by USP Florence High, prior to the deposition of Plaintiff.

IT IS SO ORDERED.

Dated: __March 30, 2023__                /s/ _Erica P. Grosjean_
                                         UNITED STATES MAGISTRATE JUDGE