1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANE KELLY WHITTENBERG, | CASE NO. 1:22-cv-00197-JLT-EPG |
| Plaintiff, | **ORDER RE: JOINT STATUS REPORT AND STIPULATED REQUEST TO MODIFY SCHEDULING ORDER** |
| v. | **(ECF No. 40)** |
| JOSE TOVAR AYALA, et al., | |
| Defendants. | |

Based upon the parties' stipulation, IT IS ORDERED that the Court's July 21, 2022, Scheduling Order (ECF No. 20) is modified as follows:

1.  The Court continues the Non-expert Discovery deadline of July 19, 2023, to Friday, January 19, 2024;

2.  The Court continues the Expert Disclosure deadline of August 18, 2023, to Monday, February 20, 2024;[1]

3.  The Court continues the Rebuttal Expert Disclosure date of September 18, 2023, to Tuesday, March 19, 2024;

4.  The Court continues the Expert Discovery Cutoff deadline of October 18, 2023, to Friday, April 19, 2024;

---

[1] The parties proposed February 19, 2024; however, because that day is a holiday, the Court will set the deadline for February 20, 2024.

5.  The Court continues the Dispositive Motion Filing deadline of December 4, 2023, to Tuesday, June 4, 2024;

6.  The Court continues the Pre-Trial Conference date of April 19, 2024, to Monday, October 7, 2024 at 1:30 p.m. in Courtroom 4 before District Judge Jennifer L. Thurston;[2]

7.  The Court continues the Jury Trial date of June 18, 2024, to Tuesday, December 10, 2024 at 8:30 a.m. in Courtroom 4 before District Judge Jennifer L. Thurston;[3] and

8.  The Court continues the June 27, 2023 Status Conference to Tuesday, October 10, 2023, at 11 a.m. in Courtroom 10 before Magistrate Judge Erica P. Grosjean.[4] At least 7 days before the conference, the parties are directed to file a joint report, of up to five (5) pages, outlining the status of the case, any additional discovery still planned, potential for settlement, and any other issues pending that would benefit from the Court's assistance/direction.

IT IS SO ORDERED.

Dated:   **June 20, 2023**                              /s/ Erica P. Grosjean
                                                     UNITED STATES MAGISTRATE JUDGE

---

[2] The parties proposed October 11, 2024; however, that date does not work for the Court's calendar.
[3] The parties proposed December 9, 2024; however, that date does not work for the Court's calendar.
[4] The parties proposed a start time of 10:30 a.m.; however, that time does not work for the Court's calendar.