# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANE KELLY WHITTENBERG,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>JOSE TOVAR AYALA, et al.,<br><br>　　　　　　　Defendants. | CASE NO. 1:22-cv-00197-JLT-EPG<br><br>**ORDER RE: JOINT STATUS REPORT AND STIPULATED REQUEST TO MODIFY SCHEDULING ORDER**<br><br>**(ECF No. 42)** |

　　　　Based upon the parties' stipulation, IT IS ORDERED that the Court's July 21, 2022, Scheduling Order (ECF No. 20; *see* ECF No. 41) is modified[1] as follows:

1. The Court continues the Non-expert Discovery deadline of January 19, 2024, to July 19, 2024;

2. The Court continues the Expert Disclosure deadline of February 20, 2024, to August 19, 2024;

3. The Court continues the Rebuttal Expert Disclosure date of March 19, 2024, to September 19, 2024;

4. The Court continues the Expert Discovery Cutoff deadline of April 19, 2024, to October 18, 2024;

---

[1] The Court has modified some proposed dates to dates near those proposed to accommodate the Court's calendar.

5. The Court continues the Dispositive Motion Filing deadline of June 4, 2024, to December 4, 2024;

6. The Court continues the Pre-Trial Conference date of October 7, 2024, to April 14, 2025 at 1:30 p.m. in Courtroom 4 before District Judge Jennifer L. Thurston;

7. The Court continues the Jury Trial date of December 10, 2024, to June 10, 2025, at 8:30 a.m. in Courtroom 4 before District Judge Jennifer L. Thurston; and

8. The Court continues the October 10, 2023 Status Conference to April 10, 2024, at 11 a.m. in Courtroom 10 before Magistrate Judge Erica P. Grosjean. At least 7 days before the conference, the parties are directed to file a joint report, of up to five (5) pages, outlining the status of the case, any additional discovery still planned, potential for settlement, and any other issues pending that would benefit from the Court's assistance/direction.

IT IS SO ORDERED.

Dated:   **October 5, 2023**                    /s/ Erica P. Grosjean
                                                UNITED STATES MAGISTRATE JUDGE