**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LANE KELLY WHITTENBERG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSE TOVAR AYALA, *et al.*,<br><br>　　　　Defendants. | 1:22-cv-00197-JLT-EPG (PC)<br><br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

Lane Kelly Whittenberg., Inmate #21427–509, a necessary and material witness in a settlement conference in this case on October 31, 2024, is confined in the United States Penitentiary Florence - High (USP Florence), in the custody of the Warden. To secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Christopher D. Baker, by Zoom video conference from his place of confinement, on Thursday, October 31, 2024 at 10:00 a.m.

ACCORDINGLY, IT IS ORDERED:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by Zoom video conference, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court. Zoom video conference connection information will be supplied via separate email.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at USP Florence at (719) 784–5157 or via email.

4. Any difficulties connecting to the Zoom video conference shall immediately be reported to Susan Hall, Courtroom Deputy, at shall@caed.uscourts.gov.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, USP Florence, P. O. Box 7500, Florence, Colorado 81226:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Baker at the time and place above, by Zoom video conference, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:   **September 12, 2024**          /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE

