1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   LANE KELLY WHITTENBERG,              1:22-cv-00197-JLT-EPG (PC)

12                Plaintiff,              ORDER RE: STIPULATION FOR
                                          DISMISSAL OF ACTION WITH
13       v.                               PREJUDICE AND DIRECTING THE
                                          CLERK OF COURT TO CLOSE THE CASE
14   JOSE TOVAR AYALA, *et al.*,
                                          (ECF No. 63)
15                Defendants.

16

17       On February 20, 2025, Plaintiff Lane Kelly Whittenberg and Defendants Jose Tovar

18   Ayala, Philip Blackman, Doe 1 (Matthew Whyte), through their respective counsel of record,

19   filed a joint stipulation dismissing this action without prejudice, with each party to bear its own

20   costs and fees. (ECF No. 63). In light of the parties' stipulation, this action has been terminated,

21   Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice, with each party to bear its

22   own costs and fees.

23       Accordingly, the Clerk of Court is directed to close this case.

24

25   IT IS SO ORDERED.

26   Dated:   February 21, 2025            /s/ _Erica P. Grosjean_
27                                         UNITED STATES MAGISTRATE JUDGE

28

                                           1